UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Shemont Springer                    Docket No. 7:07-CR-137-1BR

### Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Shemont Springer, who upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), and Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on July 7, 2008, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Shemont Springer was released from custody on November 18, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted to a urine test on November 21, 2016, which was confirmed positive for marijuana by Alere Laboratories. While he has acknowledged using marijuana in the Bureau of Prisons, Springer is adamant that he has not used marijuana since his release. On December 7, 2016, in Brunswick County, North Carolina, the defendant was cited for Driving While License Revoked (16CR2851). When questioned about the charge on December 8, 2016, Springer initially denied operating a vehicle. However, he eventually confessed and expressed remorse for his lapse in judgment. Since that time, the defendant has obtained his driver's license, has completed a substance abuse assessment, and will begin substance abuse treatment. To address the violations and help the defendant improve his decision making ability, it is recommended that he complete a cognitive behavioral program. The defendant signed a Waiver agreeing to the proposed modification of supervision. The court will be notified should any additional violations occur.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ David W. Leake |
| Robert L. Thornton | David W. Leake |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
|  | 2 Princess Street, Suite 308 |
|  | Wilmington, NC 28401-3958 |
|  | Phone: 910-679-2045 |
|  | Executed On: December 21, 2016 |

**William Shemont Springer**
**Docket No. 7:07-CR-137-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___22___ day of ___December___, 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge

*/s/ W. Earl Britt*